FILED
CLERK, U.S. DISTRICT COURT
SEP 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> CRYSTAL L. BRADSHAW, ) <br> Defendant. ) | NO. 2:24-mj-05399-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

  The defendant having been arrested in Los Angeles pursuant to a warrant issued by the United States District Court for the Western District of Kentucky for alleged violation of the terms and conditions of the defendant's supervised release; and

  The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

  The Court finds that:

\\

\\

\\

A.  (X)  The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on the issue of detention and failure to proffer any evidence to meet the defendant's burden on this issue;

and

B.  (X)  The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission on the issue of detention, failure to proffer any evidence to meet the defendant's burden on this issue, and prior criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: September 5, 2024

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE